FILED: July 26, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1774
(1:18-cv-00957-CMH-TCB)

_____

UMG RECORDINGS, INC.; CAPITAL RECORDS, LLC; WARNER RECORDS INC., f/k/a Warner Bros. Records Inc.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP, INC.; FUELED BY RAMEN LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC

        Plaintiffs - Appellees

v.

TOFIG KURBANOV

        Defendant - Appellant

and

DOES 1-10, d/b/a FLVTO.BIZ, a/k/a 2CONV.COM

        Defendant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:18-cv-00957-CMH-TCB |

| Date notice of appeal filed in originating court: | 03/11/2022 |
|---|---|
| Appellant(s) | Tofig Kurbanov |
| Appellate Case Number | 23-1774 |
| Case Manager | Rachel Phillips<br>804-916-2702 |