UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1774
(1:18-cv-00957-CMH-TCB)

_____

UMG RECORDINGS, INC.; CAPITAL RECORDS, LLC; WARNER RECORDS INC., f/k/a Warner Bros. Records Inc.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP, INC.; FUELED BY RAMEN LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC

      Plaintiffs - Appellees

v.

TOFIG KURBANOV

      Defendant - Appellant

and

DOES 1-10, d/b/a FLVTO.BIZ, a/k/a 2CONV.COM

      Defendants

---

**STIPULATION OF DISMISSAL PURSUANT TO
FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

---

      Pursuant to Federal Rule of Appellate Procedure 42(b), the parties hereby stipulate and agree that the above-captioned appeal is dismissed with prejudice. Each party shall bear its own costs. Defendant-Appellant is responsible for paying any Court fees that are due.

Dated: August 8, 2023

**Respectfully Submitted:**

Defendant - Appellant,

By his attorney,

*/s/ Jeffrey H. Geiger*
Jeffrey H. Geiger (VSB No. 40163)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2400
Bank of America Plaza
P.O. Box 1998 (23218)
Richmond, Virginia 23218-1998
Telephone: (804) 783-7248
Facsimile: (804) 783-7291
jgeiger@sandsanderson.com

Evan Fray-Witzer (MA BBO# 564349)
CIAMPA FRAY-WITZER, LLC
20 Park Plaza, Suite 505
Boston, MA 02116
Tel: 617-426-0000
Fax: 617-507-8043
evan@cfwlegal.com


Plaintiffs – Appellees,

By their attorney,

*/s/ Scott A. Zebrak*
Scott Alexander Zebrak
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue NW
5th Floor
Washington, DC 20016
Phone: 202-450-3758
Fax: 866-766-1678
scott@oandzlaw.com