FILED: August 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1774
(1:18-cv-00957-CMH-TCB)

_____

UMG RECORDINGS, INC.; CAPITAL RECORDS, LLC; WARNER RECORDS INC., f/k/a Warner Bros. Records Inc.; ATLANTIC RECORDING CORPORATION; ELEKTRA ENTERTAINMENT GROUP, INC.; FUELED BY RAMEN LLC; NONESUCH RECORDS INC.; SONY MUSIC ENTERTAINMENT; SONY MUSIC ENTERTAINMENT US LATIN LLC; ARISTA RECORDS LLC; LAFACE RECORDS LLC; ZOMBA RECORDING LLC

        Plaintiffs - Appellees

v.

TOFIG KURBANOV

        Defendant - Appellant

and

DOES 1-10, d/b/a FLVTO.BIZ, a/k/a 2CONV.COM

        Defendant

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

                                                For the Court--By Direction

                                                <u>/s/ Patricia S. Connor, Clerk</u>